**Robert GARCIA, Respondent,**

v.

**Joann C. BOES, et al., Appellants.**

**No. WD 76120.**

Missouri Court of Appeals,
Western District.

Nov. 26, 2013.

---

Stephen W. Nichols, Kansas City and James E. Eiley, Jr., Overland Park, KS, for appellant.

Jennifer M. Fain, Platte City, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, JAMES E. WELSH, Chief Judge and LISA WHITE HARDWICK, Judge.

### ORDER

PER CURIAM.

Verlin Boes and Joann Boes appeal from the circuit court's judgment in favor of Robert Garcia on his fraudulent transfer claim under the Missouri Uniform Fraudulent Transfer Act. The Boeses challenge the sufficiency of the evidence to support the judgment, and they allege error in the calculation of damages. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b)